**FOURTH DIVISION**
**DILLARD, P. J.,**
**DOYLE, P. J., and MERCIER, J.**

**NOTICE: Motions for reconsideration must be _physically received_ in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

_DEADLINES ARE NO LONGER TOLLED IN THIS COURT. ALL FILINGS MUST BE SUBMITTED WITHIN THE TIMES SET BY OUR COURT RULES._

**June 23, 2020**

# In the Court of Appeals of Georgia

A18A0193. LANGLEY v. MP SPRING LAKE, LLC.

DILLARD, Presiding Judge.

In *Langley v. MP Spring Lake, LLC*,[1] the Supreme Court of Georgia reversed this Court's opinion in *Langley v. MP Spring Lake, LLC*.[2] Accordingly, we vacate our prior opinion, and we adopt the opinion of the Supreme Court. The judgment of the trial court is reversed.

*Judgment reversed. Doyle, P. J., and Mercier, J., concur*.

---

[1] 307 Ga. 321 (834 SE2d 800) (2019).

[2] 345 Ga.App. 739 (813 SE2d 441) (2018).